# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 14-33049 |
|---|---|---|
| Tanya J. Holmes | Hearing Date: | |
| | Chapter: | ABA |
| | Judge: | 13 |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Andrew B. Altenburg Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:** Hearing on Debtor(s) Objection to Creditor's Certification of Default Filed by MIDFIRST BANK

**Location of Hearing:** Courtroom No. 4C
US Bankruptcy Court
4th and Cooper Streets
Camden, NJ 08101

**Date and Time:** 01/16/2018 at 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: December 22, 2017

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __December 22__, 20__17__ this notice was served on the following:
- Debtor(s)
- Attorney for Debtor(s)
- Attorney for Creditor(s)
- Isabel Balboa - Trustee
- Office of the US Trustee

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:
Tanya J. Holmes
    Debtor

Case No. 14-33049-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 1  Date Rcvd: Dec 22, 2017
Form ID: pdf900  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.
db             +Tanya J. Holmes,    503 N 3rd St,    Vineland, NJ 08360-3514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2017 at the address(es) listed below:
        Brad J. Spiller    on behalf of Debtor Tanya J. Holmes bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com
        Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Jenelle C Arnold    on behalf of Creditor    MIDFIRST BANK bkecfinbox@aldridgepite.com, jarnold@ecf.inforuptcy.com
        Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

TOTAL: 7