Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−33049−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tanya J. Holmes
   503 N 3rd St
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−3234

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 25, 2018.

On May 30, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:             July 11, 2018
Time:             09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 30, 2018
JAN: eag

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 14-33049-ABA
Tanya J. Holmes   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2              Date Rcvd: May 30, 2018
                              Form ID: 185               Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db             +Tanya J. Holmes,    503 N 3rd St,    Vineland, NJ 08360-3514
515195382       Directv,    PO Box 830032,    Baltimore, MD 21283-0032
515195383      +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
515195384      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
515195385       Kivitz McKeever Lee, PC,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
516554613       MIDFIRST BANK,    KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 206,
                 Westmont, NJ 08108
515167306       MidFirst Bank,    Attn: Kivitz McKeever Lee, PC,    701 Market St Ste 5000,
                 Philadelphia, PA 19106-1541
515287278      +MidFirst Bank,    999 North West Grand Boulevard,    Oklahoma City, OK 73118-6051
515195386       Midland Mortgage Company/mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
                 Oklahoma City, OK 73126-0648
515195387       Progressive,    PO Box 7247-0311,    Philadelphia, PA 19170-0001
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 31 2018 00:15:22      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2018 00:15:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515195380      +E-mail/Text: bankruptcynotices@cbecompanies.com May 31 2018 00:15:41      Cbe Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
515195381       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 31 2018 00:15:50
                 Comcast Bankruptcy Department,    Attn: Jackie Gaynor,    401 White Horse Rd Ste 2,
                 Voorhees, NJ 08043-2604
515195388       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 31 2018 00:14:23
                 Verizon Wireless,    500 Technology Dr Ste 550,    Saint Charles, MO 63304-2225
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515195408*     +Cbe Group,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
515195409*      Comcast Bankruptcy Department,    Attn: Jackie Gaynor,    401 White Horse Rd Ste 2,
                 Voorhees, NJ 08043-2604
515195410*      Directv,    PO Box 830032,    Baltimore, MD 21283-0032
515195411*     +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
515195412*     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
515195413*      Kivitz McKeever Lee, PC,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
515195414*      Midland Mortgage Company/mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
                 Oklahoma City, OK 73126-0648
515195415*      Progressive,    PO Box 7247-0311,    Philadelphia, PA 19170-0001
515195416*      Verizon Wireless,    500 Technology Dr Ste 550,    Saint Charles, MO 63304-2225
                                                                                TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Tanya J. Holmes aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Debtor Tanya J. Holmes bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: May 30, 2018
                              Form ID: 185               Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Jenelle C Arnold   on behalf of Creditor   MIDFIRST BANK bkecfinbox@aldridgepite.com,
           jarnold@ecf.inforuptcy.com
          Joshua I. Goldman   on behalf of Creditor   MIDFIRST BANK jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com

                                                                                TOTAL: 8