UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
Brenner, Spiller & Archer
175 Richey Avenue
W. Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor
ATA 005272008

IN RE:

Tanya J. Holmes,

              Debtor.

Order Filed on July 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   14-33049

Adv. No.:

Hearing Date:

Judge:   Andrew B. Altenburg, Jr.

# ORDER TO DEBTOR'S EMPLOYER
# ENDING PAYMENTS TO THE CHAPTER 13 TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: July 5, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**THIS MATTER** having been brought before the Court by Andrew T. Archer, Esquire, attorney for Debtor Tanya J. Holmes upon Application to Terminate Wage Garnishment relating to the Orders for Debtor's Employer to Pay Trustee directed to Vineland Developmental Center; and for other and good cause shown:

**IT IS HEREBY**

1. ORDERED THAT the Order to Employer to Pay Trustee directed to Vineland Developmental Center, entered on October 5, 2015 is hereby terminated, and it is further,

2. ORDERED THAT the Amended Orders to Employer to Pay Trustee directed to Vineland Developmental Center, entered on January 25, 2016, March 18, 2018 and March 23, 2018 are hereby terminated, and it is further,

3. ORDERED THAT the debtor's employer, Vineland Developmental Center shall cease withholding trustee payment from debtor's compensation beginning on the date of this Order, and that the debtor's employer is no longer required to submit payment to the Chapter 13 Trustee on behalf of the above-named debtor, and it is further,

4. ORDERED THAT any funds withheld from the debtor's compensation prior to the above date that have not been transmitted to the trustee shall be refunded to the debtor within ten (10) days of the date of this Order, and it is further,

5. ORDERED THAT the attorney for the debtor or the Chapter 13 Trustee shall serve a copy of this Order on the debtor's employer within five (5) days of the date of this order.