UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
Brenner, Spiller & Archer
175 Richey Avenue
W. Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor
ATA 005272008

**Order Filed on July 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

Tanya J. Holmes,

         Debtor.

Case No.:   14-33049

Adv. No.:

Hearing Date:

Judge:   Andrew B. Altenburg, Jr.

# ORDER TO DEBTOR'S EMPLOYER
## ENDING PAYMENTS TO THE CHAPTER 13 TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: July 5, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**THIS MATTER** having been brought before the Court by Andrew T. Archer, Esquire, attorney for Debtor Tanya J. Holmes upon Application to Terminate Wage Garnishment relating to the Orders for Debtor's Employer to Pay Trustee directed to Vineland Developmental Center; and for other and good cause shown:

**IT IS HEREBY**

1. ORDERED THAT the Order to Employer to Pay Trustee directed to Vineland Developmental Center, entered on October 5, 2015 is hereby terminated, and it is further,

2. ORDERED THAT the Amended Orders to Employer to Pay Trustee directed to Vineland Developmental Center, entered on January 25, 2016, March 18, 2018 and March 23, 2018 are hereby terminated, and it is further,

3. ORDERED THAT the debtor's employer, Vineland Developmental Center shall cease withholding trustee payment from debtor's compensation beginning on the date of this Order, and that the debtor's employer is no longer required to submit payment to the Chapter 13 Trustee on behalf of the above-named debtor, and it is further,

4. ORDERED THAT any funds withheld from the debtor's compensation prior to the above date that have not been transmitted to the trustee shall be refunded to the debtor within ten (10) days of the date of this Order, and it is further,

5. ORDERED THAT the attorney for the debtor or the Chapter 13 Trustee shall serve a copy of this Order on the debtor's employer within five (5) days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 14-33049-ABA
Tanya J. Holmes                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Jul 05, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2018.
db             +Tanya J. Holmes,    503 N 3rd St,    Vineland, NJ 08360-3514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2018 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Tanya J. Holmes aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Debtor Tanya J. Holmes bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Jenelle C Arnold    on behalf of Creditor    MIDFIRST BANK bkecfinbox@aldridgepite.com,
               jarnold@ecf.inforuptcy.com
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 8