Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  14−33049−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tanya J. Holmes
   503 N 3rd St
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−3234

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/16/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 16, 2018
JAN: bc

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Tanya J. Holmes
    Debtor

Case No. 14-33049-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Jul 16, 2018
                Form ID: 148    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2018.
```
db             +Tanya J. Holmes,    503 N 3rd St,    Vineland, NJ 08360-3514
515195382       Directv,    PO Box 830032,    Baltimore, MD 21283-0032
515195383      +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
515195385       Kivitz McKeever Lee, PC,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
516554613       MIDFIRST BANK,    KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 206,
                 Westmont, NJ 08108
515287278      +MidFirst Bank,    999 North West Grand Boulevard,    Oklahoma City, OK 73118-6051
515167306       MidFirst Bank,    Attn: Kivitz McKeever Lee, PC,    701 Market St Ste 5000,
                 Philadelphia, PA 19106-1541
515195386       Midland Mortgage Company/mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
                 Oklahoma City, OK 73126-0648
515195387       Progressive,    PO Box 7247-0311,    Philadelphia, PA 19170-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2018 23:44:50      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2018 23:44:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515195380      +E-mail/Text: bankruptcynotices@cbecompanies.com Jul 16 2018 23:45:13      Cbe Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
515195381       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jul 16 2018 23:45:24
                 Comcast Bankruptcy Department,    Attn: Jackie Gaynor,    401 White Horse Rd Ste 2,
                 Voorhees, NJ 08043-2604
515195384      +EDI: AMINFOFP.COM Jul 17 2018 03:23:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
515195388       EDI: VERIZONCOMB.COM Jul 17 2018 03:23:00      Verizon Wireless,    500 Technology Dr Ste 550,
                 Saint Charles, MO 63304-2225
                                                                                               TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515195408*     +Cbe Group,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
515195409*      Comcast Bankruptcy Department,    Attn: Jackie Gaynor,    401 White Horse Rd Ste 2,
                 Voorhees, NJ 08043-2604
515195410*      Directv,    PO Box 830032,    Baltimore, MD 21283-0032
515195411*     +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
515195412*     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
515195413*      Kivitz McKeever Lee, PC,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
515195414*      Midland Mortgage Company/mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
                 Oklahoma City, OK 73126-0648
515195415*      Progressive,    PO Box 7247-0311,    Philadelphia, PA 19170-0001
515195416*      Verizon Wireless,    500 Technology Dr Ste 550,    Saint Charles, MO 63304-2225
                                                                                TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2018 at the address(es) listed below:
```
              Andrew Thomas Archer    on behalf of Debtor Tanya J. Holmes aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Debtor Tanya J. Holmes bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 16, 2018
                              Form ID: 148             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Jenelle C Arnold    on behalf of Creditor    MIDFIRST BANK bkecfinbox@aldridgepite.com, jarnold@ecf.inforuptcy.com
          Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

                                                                                                                                                TOTAL: 8